No. 01–1327. BROOKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1330. ANDERSON v. OHIO STATE UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1334. BOSWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1342. JENKINS v. NORTON, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 01–1343. KNISKERN ET AL. v. AMSTUTZ ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 01–1361. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5756. SHEA v. BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–5869. OLANREWAJU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7032. CROSLAND v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–7095. GARVIN v. FARMON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7266. LEWIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7296. STOKES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7315. JACKSON v. OKLAHOMA DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–7471. GALLOWAY v. MARYLAND. Ct. App. Md. Certiorari denied.